

MEMORANDUM

TO MARC BROWN ADMINISTRATIVE SUPERVISOR
U.S. DISTRICT COURT CLERK'S OFFICE
EASTERN DISTRICT OF NEW YORK

Re: **PRATT, Dwight**
**Docket No.: 4:03CR8-001**
**Transfer of Jurisdiction**

On September 30, 2004, the Honorable Robert L. Hinkle, Chief U.S. District Judge for the Northern District of Florida sentenced the above captioned individual to one hundred eighty-eight (188) months imprisonment, six (6) years supervised release, and to pay a $400 special assessment fee. The following special conditions were also ordered: the defendant must report in person to the probation officer in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons; the defendant shall not own or possess a firearm, dangerous weapon, or destructive device; the defendant shall submit to drug testing as directed by the probation officer; the defendant shall participate in substance abuse treatment as directed by the probation officer; the defendant shall provide the probation officer all requested financial information, business or personal. The defendant shall also cooperate with the probation department and/or the appropriate state agency in the establishment and enforcement of child support payments and shall make all required child support payments. This sentence followed Pratt's convictions to Count One: Distribution of Cocaine, in violation of 21 U.S.C. §§841(a)(1)and 841(b)(1)(C) and 18 U.S.C. § 2, a Class B felony; Count Two: Distribution of Cocaine Base, in violation of 21 U.S.C §§841(a)(1) and 841(b)(1)(C) and18 U.S.C. §2, a Class B felony Count Three: Simple Possession of Cocaine, in violation of 21 U.S.C. § 844, a Class D felony, and Count Five: Possession of a Firearm by a Convicted Felon, in violation of 18 U.S.C. §922 (g), a Class C felony.

**ROBERT L. CAPERS**
Chief U.S. Probation Officer

**VITA QUARTARA**
Deputy Chief U.S. Probation Officer

**RICHARD L. JAMES**
**MARK GJELAJ**
Assistant Deputy Chief U.S. Probation Officers

REPLY TO:

☐ **BROOKLYN**   147 Pierrepont Street, Brooklyn, NY 11201-2712
Tel. No. (347) 534-3400
Fax No. (347) 534-3509

☐ **LONG ISLAND**   Alfonse M. D'Amato United States Courthouse
202 Federal Plaza, 2nd Floor, Central Islip, NY 11722-4425
Tel. No. (631) 712-6300
Fax No. (631) 712-6395

☐ **QUEENS**   90-02 161st Street, Jamaica, NY 11432-6108
Tel. No. (718) 374-8800
Fax No. (718) 487-5830

On January 5, 2018, Pratt was released from the Bureau of Prisons. On December 6, 2019, we accepted supervision of Pratt's case in the Eastern District of New York (EDNY) based on his family ties. Notably, he is scheduled to reach his maximum expiration date from supervised release on January 4, 2024.

On February 5, 2020, as indicated on the attached Transfer of Jurisdiction Form (Prob. 22), the Honorable Mark E. Walker Chief U.S. District Judge for District for the Northern District of Florida initiated transfer of jurisdiction of Pratt's case to the Eastern District of New York, based on Pratt's recent noncompliance and so that we can address future violations in our Court. We respectfully request that this case be assigned to a U.S. District Judge in the Eastern District of New York.

If you require additional information, please contact the undersigned officer at (718) 374-8816.

Respectfully Submitted:

Robert L. Capers
Chief U.S. Probation Officer


Prepared by: _____*Marline Aurelus*_____
Marline Aurelus, U.S. Probation Officer


Approved by: _____*James Bloomfield*_____
James Bloomfield, Supervising U.S. Probation Officer

*Digitally signed by James Bloomfield*
*Date: 2020.02.10 11:46:32 -05'00'*

February 10, 2020

Attachment